# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE PLAVIX® MARKETING, SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION (NO. II) | : : : : | MDL NO. 2418 |
| UNITED STATES OF AMERICA *ex rel.* JKJ PARTNERSHIP 2011 LLP, *et al.*, *Plaintiffs,* v. SANOFI-AVENTIS U.S. LLC, et al., *Defendants*. | : : : : : : : : : : : | Civil Action No: 3:11-CV-6476-FLW-LHG  FILED ELECTRONICALLY |

**PLAINTIFF-RELATOR'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e) TO RECONSIDER THE COURT'S MAY 30, 2018 ORDER (DKT. #84) AND OPINION (DKT. #83)**

Plaintiff-Relator JKJ Partnership 2011 LLP respectfully moves this Court, pursuant to Fed. R. Civ. P. 59(e) and the Court's inherent authority, to alter or amend the judgment and for reconsideration of the May 30, 2018 Order (Dkt. #84) and accompanying Opinion (Dkt. #83). The grounds supporting this motion are set forth in the accompanying memorandum of law.

Dated: June 26, 2018                    Respectfully submitted,

                                              s/ Michael D. Fitzgerald
                                              Michael D. Fitzgerald, NJ Lic. 004391985
                                              LAW OFFICES OF MICHAEL D. FITZGERALD
                                              1 Industrial Way West, Bldg. B
                                              Eatontown, New Jersey 07724
                                              Telephone: (732) 223-2200
                                              mdfitz@briellelaw.com

                                              W. Scott Simmer*
                                              Andrew M. Miller*
                                              BARON & BUDD, P.C.
                                              600 New Hampshire Ave., Ste 10-A
                                              Washington, DC 20037

Telephone: (202) 333-4562
Fax: (202) 337-1039
ssimmer@baronbudd.com
amiller@baronbudd.com

William H. Narwold*
Michael J. Pendell*
MOTLEY RICE LLC
One Corporate Center, 20 Church St., 17th Flr
Hartford CT 06103
Telephone: (860) 882-1676
bnarwold@motleyrice.com
mpendell@motleyrice.com

Nathan D. Finch*
MOTLEY RICE LLC
3333 K St. NW, Suite 450
Washington DC 20007
Telephone: (202) 232-5507
nfinch@motleyrice.com

*Counsel for Plaintiff-Relator JKJ Partnership 2011 LLP*

*Admitted *pro hac vice*


## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2018, I caused a true and correct copy of the foregoing Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) to Reconsider the Court's May 30, 2018 Order (Dkt. #84) and Opinion (Dkt. #83) to be served via electronic mail upon the following counsel of record:

Anand Agneshwar, anand.agneshwar@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55TH Street
New York, NY 10019-9710

Drew A. Harker, drew.harker@apks.com
Daniel S. Pariser, daniel.pariser@apks.com
David D. Fauvre, david.fauvre@apks.com
Murad Hussain, murad.hussain@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001

Gavin J. Rooney, grooney@lowenstein.com
Naomi D. Barrowclough, nbarrowclough@lowenstein.com
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068

I further certify that on June 26, 2018, I caused a true and correct copy of the foregoing pleading to be served, via United States mail, first class postage prepaid, upon:

Jefferson Sessions, US Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Carol Wallack
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

William E. Fitzpatrick, US Atty
Office of the US Attorney
970 Broad St, Ste 700
Newark, NJ 07102

Charles S. Graybow
Office of the US Attorney
970 Broad St, Ste 700
Newark, NJ 07102

Xavier Becerra, Atty Gen
Department of Justice
Bureau of Medi-Cal Fraud and Elder Abuse
PO Box 944255
Sacramento, CA 94244-2550

George A. Codding, Sr. Asst. Atty Gen
Colorado Department of Law
Office of the Attorney General, MFCU
1300 Broadway, 9th Fl
Denver, CO 80203

Robert B. Teitelman, Asst. Atty Gen
Office of the Attorney General
55 Elm St
Hartford, CT 06106-1774

Jane Drummey, Asst. Atty Gen
Office of the Attorney General
Civ Enforcement Sect, Civ Litigation Div
441 Fourth St, Ste 650 North
Washington, DC 20001

Jimmy Patronis, Chief Financial Officer
Department of Financial Services
Division of Consumer Services
200 East Gaines St
Tallahassee, FL 32399-0300

Patrick J. Keenan, Medicaid Fraud Bureau Chief
Office of the Attorney General
100 W. Randolph St, 12th Fl
Chicago, IL 60601

Lori Torres, Inspector General
Office of the Inspector General
315 W. Ohio St, Rm. 104
Indianapolis, IN 46202

Nicholas Diez, Asst. Atty Gen
Office of the Attorney General
1885 N. 3rd St
Baton Rouge, LA 70802

David E. Tanay, MFCU Director
Office of the Attorney General
2860 Eyde Parkway
East Lansing, MI 48823

Kenneth E. Varns, Asst. Atty Gen
Montana Department of Justice
215 North Sanders, 3rd Fl
PO Box 201401
Helena, MT 59620-1401

Kate Keller, MFCU Director
Office of the Attorney General
820 N French St, 5th Fl
Wilmington, DE 19801

James D. Varnado, MFCU Director
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399

Jim Mooney, Asst. Atty Gen
Medicaid Fraud Control Unit
200 Piedmont Ave. SE
West Tower, 19th Fl
Atlanta, GA 30334

Curtis Hill, Atty Gen
Office of the Attorney General
Indiana Government Center South
302 W. Washington St, 5th Fl
Indianapolis, IN 46204

Thomas J. Miller, Atty Gen.
Office of the Attorney General
1305 E. Walnut Street
Des Moines, IA 50319

Maura Healey, Atty Gen
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

Lori Swanson, Atty Gen
Office of the Attorney General
1400 Bremer Tower
445 Minnesota St
St. Paul, MN 55101-2131

Gurbir Grewal, Atty Gen
Office of the Attorney General
25 Market St, PO Box 080
Trenton, NJ 08625-0080

Case 3:11-cv-06476-FLW-TJB   Document 85   Filed 06/26/18   Page 5 of 5 PageID: 2478


| | |
|---|---|
| Jacob M. Bergman, Asst. Atty Gen<br>Medicaid Fraud Control Unit<br>Office of the Attorney General<br>120 Broadway, 12th Fl<br>New York, NY 10271 | Mark N. Kemberling, MFCU Director<br>Office of the Attorney General<br>555 East Washington Ave., Ste. 3900<br>Las Vegas, NV 89101 |
| Steven K. McCallister, Asst. Atty Gen<br>Office of the Attorney General<br>Department of Justice, Medicaid Investigations Unit<br>5505 Creedmoor Rd., Ste 300<br>Raleigh, NC 27612 | Niki S. Batt, Deputy Director<br>Medicaid Fraud Control Unit<br>Office of the Attorney General<br>313 NE 21st St<br>Oklahoma City, OK 73105 |
| James F. Dube, MFCU Director<br>Office of the Attorney General<br>150 S. Main St<br>Providence, RI 02903 | Mary E. McCullohs, Asst. Atty Gen<br>Office of the Attorney General<br>PO Box 20207<br>Nashville, TN  37202 |
| Mark Herring, Atty Gen<br>Office of the Attorney General<br>900 East Main St<br>Richmond, VA 23219 | Timothy Samuelson, MFCU Director<br>Office of the Attorney General<br>PO Box 7857<br>Madison, WI 53707-7857 |
| Dated: June 26, 2018 | By:  *s/ Michael D. Fitzgerald*<br>Michael D. Fitzgerald, Esq.<br>LAW OFFICES OF MICHAEL D. FITZGERALD |